1  Laurence F. Padway (SBN 083914)
   Gayle Godfrey Codiga (SBN 114715)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone: (510) 814-0680
4  Facsimile: (510) 814-0650

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LANGSTON,<br><br>Plaintiff,<br><br>vs.<br><br>NORTH AMERICAN ASSET DEVELOPMENT CORPORATION,<br><br>Defendant | CASE NO. C 08-02560 BZ |
| THE HARTFORD INSURANCE COMPANY,<br><br>Real Party in Interest | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 5, 2008         LAW OFFICES OF LAURENCE PADWAY


                             By: /s/ Laurence F. Padway
                                 Laurence F. Padway
                                 Attorney for Plaintiff

CERTIFICATE OF                                                CASE NO. C 08-02560 BZ
INTERESTED ENTITIES OR PERSONS          1