Laurence F. Padway (SBN 89314)
Gayle Godfrey Codiga (SBN 114715)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY LANGSTON,

      Plaintiff,

vs.

NORTH AMERICAN ASSET DEVELOPMENT CORPORATION,

      Defendant
_____/

THE HARTFORD INSURANCE COMPANY,

      Real Party in Interest
_____/

No. C08-02560

PROOF OF SERVICE
SUMMONS IN A CIVIL ACTION

    I declare under penalty of perjury that I mailed the summons and complaint in this case on May 28, 2008 by certified mail to The Hartford Insurance Company with a requested return receipt in accordance with CCP 415.40.

    Attached is the executed return receipt.

    Dated: June 5, 2008

_____
Susan A. Pope - Legal Assistant

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>x **Dale K. Goldstein**  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Date of Delivery<br>Dale K. Goldstein  2008<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>The Hartford Financial Services<br>The Hartford Insurance Co.<br>One Hartford Plaza<br>Hartford, CT 06155 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | |

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-Z-0985