Laurence F. Padway (SBN 89314)
Gayle Godfrey Codiga (SBN 114715)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510)814-0680
Facsimile : (510)814-0650

Attorneys for plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NANCY LANGSTON,

        Plaintiff,

vs.

NORTH AMERICAN ASSET
DEVELOPMENT CORPORATION
GROUP DISABILITY PLAN

        Defendant
_____/

No. C08-02560
FIRST AMENDED
COMPLAINT FOR
ERISA BENEFITS

Comes now the plaintiff, demanding a trial, and alleging of defendant as follows:

JURISDICTION

1. This suit seeks review of a failure to extend benefits under a long term disability plan covered by ERISA, 28 U.S.C. 1132. Federal jurisdiction arises under 38 U.S.C. 1132(f).

FACTS

2. Plaintiff Nancy Langston was employed by North American Title Company, a

1  California Corporation, until she became disabled in November 2003.

3      3. Plaintiff Nancy Langston is a beneficiary of the North American Asset Development Corporation Group Disability Plan for long term disability group insurance through policy number 83117076.  Upon information and belief North American Asset Development Corporation Disability Plan resides within this judicial district.  The plan is covered by the Employee Retirement Income Security Act of 1972.

9      4. Real party in interest, The Hartford Insurance Company, is a corporation which acts as a fiduciary of the plan and has taken over as the decision-maker of disability benefits under the plan.  The Hartford Insurance Company is domiciled in Connecticut.

13      5. In 2003, while employed by North American Title Company plaintiff became disabled as the result of illness.  Plaintiff had severe pain increasing in the neck, shoulders, arms with numbness, tingling, clumsiness and weakness in arms, hands and fingers.  She was diagnosed with bulging discs at C5-6, C6-7 and T 1-2 and T 2-3.  She had fusion surgery on July 26, 2005. Nancy Langston worked part time from May 15, 2003 to January 7, 2004 and from July 3, 2006 until August 26, 2006 when she could no longer work on a part time basis due to the pain.  Nancy Langston can not work in any occupation.

21      6. The Hartford Insurance Company paid Long Term Disability Benefits to Nancy Langston from November 2003 through June 30, 2007 at which time The Hartford Insurance Company terminated benefits alleging that plaintiff was no longer disabled for any occupation.

25      7. Plaintiff appealed the termination and Defendant denied the appeal on March 11, 2008.

1   8. As a proximate result thereof, plaintiff has been damaged by failure to pay policy benefits in the sum of $4,800 per month from June 30, 2007 to plaintiff Nancy Langston's 65th birthday on May 31, 2024 for a total of $436,900.00.

9. Plaintiff has been compelled to retain counsel to collect the benefits owed, and is entitled to reasonable attorney fees under ERISA in an amount dependent upon the extent of litigation required and estimated at $150,000 through trial.

Wherefore, plaintiff prays for relief as set forth below:

1. For benefits, past and future, for long term disability as provided by the term of the plan in the amount of $436,000.00;

2. For attorneys fees of $150,000 or according to proof;

3. For such other relief as the court deems just and proper.

Dated: June 20, 2008

\_\_/s/_____
Gayle Godfrey Codiga
Attorney for plaintiff