1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   NORTH AMERICAN ASSET
7  DEVELOPMENT CORPORATION
   GROUP DISABILITY PLAN
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11 | NANCY LANGSTON,              | CASE NO. C08-02560
12 |     Plaintiff,                | **DEFENDANT NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY PLAN'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
13 |     v.                        |
14 | NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY PLAN |
15 |                               |
16 |     Defendant.                |

17

18

19     Defendant North American Asset Development Corporation Group Disability Plan

20 respectfully declines to consent to assignment of this case to a Magistrate Judge for trial and

21 disposition, and requests reassignment of this case to a United States District Court Judge.

22 DATED:  June 26, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24

25                         By:  s/Dennis G. Rolstad
                                Dennis G. Rolstad
26                              Attorneys for Defendants
                                NORTH AMERICAN ASSET DEVELOPMENT
                                CORPORATION GROUP DISABILITY PLAN
27

28

                                        -1-                    CASE NO. C08-02560
          DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE