1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, California 94105
   Telephone: (415) 781-7900
5  Facsimile: (415) 781-2635

6  Attorneys for Defendant
   NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY
7  PLAN

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | NANCY LANGSTON,                     | CASE NO. C 08-02560
12 |         Plaintiff,                  | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |     v.                              |
                                         | **[LOCAL RULE 3-16]**
14 | NORTH AMERICAN ASSET
    DEVELOPMENT CORPORATION
15 | GROUP DISABILITY PLAN,

16 |         Defendant.

17

18

19      Pursuant to Civil Local Rule 3-16, the undersigned attorneys of record for defendant

20 North American Asset Development Corporation Group Disability Plan certify that the following

21 listed persons, associations of persons, firms partnerships, corporations (including parent

22 corporations) or other entities (i) have a financial interest in the subject matter controversy or in

23 a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party

24 that could be substantially affected by the outcome of this proceeding:

25      1.   Nancy Langston, plaintiff in the action;

26      2.   North American Title Company, Inc.;

27      3.   North American Asset Development Corporation, parent of North

28           American Title Company, Inc.;

4. North American Title Group, parent of North American Asset Development Corporation;

5. Lennar Financial Services, Inc., parent of North American Title Group;

6. U.S. Home Corporation; parent of Lennar Financial Services, Inc.;

7. Lennar Corporation, parent of U.S. Home Corporation;

8. Hartford Life and Accident Insurance Company, insurer of benefits under the North American Asset Development Corporation Group Disability Plan;

9. Hartford Life, Inc., parent of Hartford Life and Accident Insurance Company;

10. Hartford Holdings, Inc., parent of Hartford Life, Inc.;

11. The Hartford Financial Services Group, Inc., parent of Hartford Holdings, Inc.; and

12. North American Asset Development Corporation Group Disability Plan.

DATED: June 26, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: s/Dennis G. Rolstad
    Dennis G. Rolstad
    Erin A. Cornell
    Attorneys for Defendant
    NORTH AMERICAN ASSET DEVELOPMENT
    CORPORATION GROUP DISABILITY PLAN