UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NANCY LANGSTON

        Plaintiff(s),

v.

NORTH AMERICAN ASSET
DEVELOPMENT CORPORATION,
        Defendant(s).

Case No. C08-02560 BZ SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7-8-08

                                                [Party] Nancy Langston
                                                Plaintiff

Dated: 7/22/08

                                                /S/ Laurence F. Padway
                                                [Counsel]

| When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options." |
|---|

Rev. 12/05