1 Laurence F. Padway (SBN 89314)
Gayle Godfrey Codiga (SBN 114715)
2 Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
3 Alameda, California 94501
Telephone: (510)814-0680
4 Facsimile : (510)814-0650

5 Attorneys for plaintiff

6
Sedgwick, Detert, Moran & Arnold LLP
7 Bruce D. Celebrezze (SBN 102181)
Dennis G. Rolstad (SBN 150006)
8 Erin A. Cornell (SBN 227135)
One Market Plaza
9 Steuart Tower, 8th floor
San Francisco, California 94105
10 Telephone: (415) 781-7900
Facsimile: (415) 781-2635
11

12
UNITED STATES DISTRICT COURT
13
NORTHERN DISTRICT OF CALIFORNIA
14

15
NANCY LANGSTON,
16                                              No. C08-02560 SI
                                                STUIPULATION TO EXTEND
17          Plaintiff,                          DEADLINE FOR CROSS MOTIONS FOR
    vs.                                         SUMMARY JUDGMENT
18
   NORTH AMERICAN ASSET
19 DEVELOPMENT CORPORATION
   GROUP DISABILITY PLAN
20

21          Defendant
                                        /
22

23
            WHEREAS, the deadline for filing cross-motions for summary judgment is January
24
   16, 2009; and
25
            WHEREAS, the office for counsel for plaintiff has experienced computer problems;
26

27

28
                                       Page 1 of 2

1  Now, therefore, the parties by and through their attorneys stipulate:

2      1) The deadline for filing Cross Motions for Summary Judgment, shall be Monday,
3  January 19, 2009.

4      2) Defendant may manually file the record with the court on Tuesday, January 20,
5  2009.

6      3) Plaintiff agrees to not read defendant's filing for Motion for Summary Judgment
7  until Plaintiff files her cross motion for summary judgment.

9      IT IS SO STIPULATED

11 Dated: January 15, 2009      Respectfully submitted,

13      LAW OFFICES OF LAURENCE F. PADWAY

16      By:/s/_____

17      Gayle Godfrey Codiga
     Counsel for Plaintiff
18      NANCY LANGSTON

19 Dated: January 15, 2009      SEDGWICK, DETERT, MORAN & ARNOLD LLP

21      By: _____

22      Dennis G. Rolstad
     Counsel for Defendant
23      NORTH AMERICAN ASSET DEVELOPMENT
     CORPORATION GROUP DISABILITY PLAN

25

26      IT IS SO ORDERED

27      _____
28      SUSAN ILLSTON
     UNITED STATES DISTRICT JUDGE

Stipulation      Page 2 of 2    CASE NO. C08-02560