ONE MARKET PLAZA   STEUART TOWER, 8TH FLOOR   SAN FRANCISCO, CALIFORNIA 94105

www.sdma.com   415.781.7900 *phone*   415.781.2635 *fax*

**Sedgwick**
DETERT, MORAN & ARNOLD LLP



*Dennis G. Rolstad*
dennis.rolstad@sdma.com
(415) 627-3435

January 12, 2010

*Via E-mail and Facsimile*
Honorable Susan Illston
United States District Court
Northern District of California
450 Golden Gate Avenue
19th Floor
San Francisco, California 94102

Re: Langston v. North American Asset Development Corp. Group Disability Plan
U.S.D.C. Northern District of California
Case No. C 08-02560 SI
File No.: 2489-107904
Hartford No. 555014541

Dear Judge Illston:

On January 11, 2010, plaintiff Nancy Langston filed supplemental declarations in support of her motion for attorneys' fees, scheduled to be heard on January 22, 2010 at 9:00 a.m. before you in this matter. If the court intends to consider the supplemental declarations, defendant North American Asset Development Corporation Group Disability Plan asks for the opportunity to respond to the supplemental declarations.

Thank you for your consideration.

Very truly yours,


s/Dennis G. Rolstad
Dennis G. Rolstad
Attorneys for North American Asset
Development Corporation Group Disability Plan

Sedgwick, Detert, Moran & Arnold LLP

cc:  Lawrence F. Padway

SF/1656750v1