IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LANGSTON,<br><br>  Plaintiff,<br><br>  v.<br><br>NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY PLAN,<br><br>  Defendant. | No. C 08-02560 SI<br><br>**ORDER SETTING EVIDENTIARY HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR RECONSIDERATION** |

Plaintiff has filed a motion for leave to file a motion for reconsideration of this Court's January 20, 2010 order granting plaintiff's motion for attorney's fees. Plaintiff challenges the $400 per hour rate awarded for work completed by lead plaintiff's counsel Laurence Padway.

The Court wishes to receive additional briefing and evidence from the parties as to the issue of Mr. Padway's hourly rate. Pursuant to Civil Local Rule 7-9(d), the Court therefore sets the following briefing and hearing schedule. The Court will hold an evidentiary hearing on the issue of Mr. Padway's hourly rate on **Wednesday, April 7, 2010, at 3:30 p.m.** In accordance with the Local Rules, Plaintiff's motion and supporting memorandum must be filed no later than five weeks prior to the hearing date, defendant's opposition no later than three weeks prior to the hearing date, and plaintiff's optional reply no later than two weeks prior to the hearing date.

**IT IS SO ORDERED.**

Dated: February 4, 2010

SUSAN ILLSTON
United States District Judge