IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY LANGSTON,

    Plaintiff,

v.

NORTH AMERICAN ASSET
DEVELOPMENT CORPORATION
DISABILITY PLAN,

    Defendant.

No. C 08-02560 SI

**ORDER CLARIFYING ORDER SETTING EVIDENTIARY HEARING [Docket No. 84]**

On February 4, 2010, this Court issued an order setting an evidentiary hearing on plaintiff's motion for reconsideration of the Court's attorney's fees award. Subsequently, defendant sought clarification of the scope of evidence the Court wishes to receive in connection with the reconsideration motion. Accordingly, the Court hereby clarifies its February 4, 2010 Order as follows.

In awarding Mr. Padway attorney's fees at the hourly rate of $400 per hour, the Court noted that plaintiff did not present evidence of what Mr. Padway or any attorneys doing comparable work in the relevant community charge their paying clients. Instead, plaintiff's evidence consisted primarily of a catalogue of past fee awards by courts. In preparation for the April 7, 2010 hearing, the parties shall not re-submit the affidavits and other evidence that has already been presented to the Court, although they may reargue such evidence in their briefs. The Court wishes to receive new evidence, including affidavits, that establishes the hourly rates charged to clients by attorneys in the community who perform work comparable to Mr. Padway's. The Court will not hear live testimony at the evidentiary hearing, but will hear oral argument on the briefing and evidence submitted in writing in accordance with the schedule set forth in the February 4, 2010 Order.

**IT IS SO ORDERED.**

Dated: February 12, 2010

SUSAN ILLSTON
United States District Judge