Laurence F. Padway (SBN 89314)
Gayle Godfrey Codiga (SBN 114715)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-0680
Facsimile : (510) 814-0650

Attorneys for plaintiff
Nancy Langston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY LANGSTON, <br><br> Plaintiff, <br> vs. <br><br> NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY PLAN <br><br> Defendant. <br> _____ / | No. C08-02560 SI <br><br> PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AND [PROPOSED] ORDER AT MOTION FOR RECONSIDERATION <br><br> Date: April 7, 2010 <br> Time: 3:30 p.m. <br> Hon. Susan Ilston |

A hearing on Plaintiff's Motion for Reconsideration of Attorneys Fee Award is scheduled to commence at 3:30 p.m. on April 7, 2010. Counsel for plaintiff undersigned is scheduled to commence a jury trial on a non-ERISA long term disability case, Pralinsky v. Mutual of Omaha Insurance Company, No. 8:09 CV 8 in the United States District Court for the District of Nebraska on April 5, 2010. The case has a five to seven day trial estimate.

While it is possible the case will settle, it does not seem likely to do so at this time. Because Nebraska is in a different time zone, that trial will be concluded for the day by the time that the 3:30 p.m. hearing starts in this court on April 7. Accordingly, Laurence F. Padway, counsel for plaintiff, requests permission to appear telephonically at the hearing on Plaintiff's Motion for Reconsideration of Attorneys Fee Award. The phone number for Mr. Padway is (510) 205-1821.

Dated: March 17, 2010

/s/_____
Laurence F. Padway
Attorney for plaintiff

**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: March ____ 2010        By:_____
                                Hon. Susan Illston
                                United States District Judge