IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY LANGSTON,

        Plaintiff,

  v.

NORTH AMERICAN ASSET DEVELOPMENT CORPORATION GROUP DISABILITY PLAN,

        Defendant.
                                       /

No. C 08-02560 SI

**ORDER DIRECTING DEFENDANT TO SUPPLEMENT THE RECORD**

On January 20, 2010, this Court awarded plaintiff attorneys fees and costs, as the prevailing party in this matter. In making the award, the Court rejected plaintiff's requested hourly rate based in part on defendant's objection to same as excessive. Thereafter, plaintiff sought reconsideration of the fee order, and this Court scheduled an evidentiary hearing for April 7, 2010, to evaluate the factual predicate for the fee award.

The April 7, 2010 hearing thus arises in the wake of defendant's successful objection to plaintiff's fee petition based in part on the contention that plaintiff's requested hourly rates were excessive. However, defendant has submitted no factual information on which to evaluate the question. Therefore, in preparation for the hearing, the Court directs defendant to supplement the record by filing electronically no later than **April 7, 2010 at 12:00 p.m.** a declaration stating the rate defense counsel charged in 2009 to defend ERISA cases like this one.

**IT IS SO ORDERED.**

Dated: April 6, 2010

                                                            SUSAN ILLSTON
                                                            United States District Judge